AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Gerald Leonard Drake | ) Case No. 5:22-cr-00008 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Gerald Leonard Drake ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Mailing Threatening Communications; Malicious Use of Explosives; Unlawful Manufacture of a destructive device; possession of an unregistered firearm, stalking; use of fire or explosive to commit felony or carry explosive during a felony; Bomb threat

Date: 09/14/2022

*J. Vasquez, Deputy Clerk*

FOR
*Issuing officer's signature*

City and state: Charlottesville, VA

Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*