AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Gerald Leonard Drake | ) Case No. 5:22-cr-00008 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

UNITED STATES MARSHALS SERVICE
Western District of Virginia
Date of Receipt: Sep 15, 2022
Time of Receipt: 10:51
Received By: *Andrew Parr*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Gerald Leonard Drake,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Mailing Threatening Communications; Malicious Use of Explosives; Unlawful Manufacture of a destructive device; possession of an unregistered firearm, stalking; use of fire or explosive to commit felony or carry explosive during a felony; Bomb threat

Date: 09/14/2022

*J. Vasquez*, Deputy Clerk
*Issuing officer's signature* FOR

City and state: Charlottesville, VA

Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-15-2022, and the person was arrested on *(date)* 10-6-2022
at *(city and state)* Winchester, VA.

Date: 10-6-2022

*Daryl Bender*
*Arresting officer's signature*

D.Bender DUSM for FBI SA Duke
*Printed name and title*