IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT,
BOND/DETENTION HEARING/PRELIMINARY EXAM

Case No.:  5:22-cr-08                                    Date:  October 7, 2022

| Defendants: | Counsel: |
|---|---|
| Gerald Leonard Drake, Custody | Don Pender, AFPD |

PRESENT:     JUDGE:              Joel C. Hoppe, USMJ           TIME IN COURT:  11:35-11:57
                                                                22mins
             Deputy Clerk:       Dylan Gaddes
             Court Reporter:     FTR/Dylan Gaddes
             U. S. Attorney:     Cagle Juhan
             USPO:               Angela George
             Case Agent:         Click here to enter text.
             Interpreter:        Click here to enter text.

## INITIAL APPEARANCE AND BOND HEARING

- [x] Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings.
- [ ] Government moves to unseal case.  Court grants motion.
- [x] Defendant requests appointment of counsel.  CJA 23 completed; counsel will be appointed prior to defendant's next scheduled court appearance.
- [ ] Bond hearing held.  Record proceedings, witnesses, etc
- [ ] Government does not oppose bond.
- [ ] Defendant(s) not eligible for bond because state reasons not eligible.
- [ ] Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety.
- [x] Deft. notified of right to consular notification under the Vienna Convention.

## DETENTION

- [x] Government moves for detention. (Can be continued for up to 3 days)
- [ ] Government moves for continuance of detention hearing.
- [x] Defendant(s) moves for continuance of detention hearing.  (Can be continued for up to 5 days)
- [x] Detention hearing continued to 10/13/2022; 10 a.m.
- [ ] Detention hearing held.  Record proceedings, witnesses, etc
- [ ] Findings of Fact:

## ARRAIGNMENT

- [x] Defendant(s) waives reading of Indictment/Information.     [ ] Indictment/Information read.
- [x] Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | all counts |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |

| 4 | | | | |
|---|---|---|---|---|

☐ Jury or Court trial set for Trial date.
☐ Pretrial conference set for Pretrial conference date.
☒ Defendant(s) remanded to custody.
☐ Defendant(s) released on bond.

Additional Information:

Defendant sworn. Public Defender appointed. Court summarizes charges. Government summarizes penalties. Detention hearing to be held on October 13, 2022 at 10:00a.m. in Charlottesville.