IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 5:22CR00008 |
| ) | |
| GERALD LEONARD DRAKE, ) | **ORDER OF DETENTION** |
|     Defendant. ) | |

    The Defendant came before the Court for a detention hearing on October 13, 2022. The Government moved for detention.

    Based on the nature of the offense charged, the Court shall hold a detention hearing upon the Government's motion to detain the Defendant pending trial. 18 U.S.C. § 3142(f)(1)(A) (crime of violence). In this case, there is a rebuttable presumption of pretrial detention. *See id.* § 3142(e)(3)(B) (assuming flight and safety risk where offense is charged under 18 U.S.C. 924(c), 956(c), or 2332b). At the detention hearing, the Court shall consider the factors in 18 U.S.C. § 3142(g) to determine whether any condition or combination of conditions will reasonably assure that the Defendant neither flees nor poses a danger to another person or to the community if released pending trial.

    Based on the evidence presented, including but not limited to the following, the Court finds that no condition or combination of conditions will reasonably assure the safety of another person or the community (by clear and convincing evidence) if the Defendant is released at this time:

    The Defendant is charged with serious, violent offenses, including placing a pipe bomb at a public event and making threats to numerous others to kill them and harm their family and children in vile ways.

It is therefore ORDERED that the Defendant be detained pending further proceedings in this case.

### Directions Regarding Detention

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ENTERED: October 13, 2022

Joel C. Hoppe
United States Magistrate Judge