

Feb. 16, 1998

To Gerald,

I know that your brother is not going to be very happy with how I have made provisions to my estate, but this is how I want it.

You have moved in and taken care of me since your father died.

I know it has not been easy doing for me, so that is why I have left you the house and everything in it.

You have given so much of yourself to take care of me that you have and still are, earning my estate.

I know it is not an easy job taking over the day to day chores of me and this house, but at least you will always have a home when I'm gone.

Do not let anyone try and talk you out of this house, or my giving it to you, it would be a horrible mistake.

Remember I love you and your brother, but you were always the one giving of your time and of yourself.

Love, Mom