IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 5:22-cr-00008 |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| GERALD LEONARD DRAKE | ) | United States District Judge |

**ORDER**

The defendant, Gerald Leonard Drake, by counsel, moves for a continuance of the trial scheduled in this case, and the United States does not object. The court finds good cause to grant the motion. Specifically, a continuance will allow additional time to explore plea negotiations, review voluminous discovery, and to prepare for trial. A failure to grant the continuance would therefore deny counsel reasonable time to prepare effectively for trial, taking into account the exercise of due diligence.

The court further finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

Accordingly, it is hereby ORDERED that the defendant's unopposed motion for a continuance is GRANTED and that the trial of this matter, now scheduled for December 16, 2022, is continued to July 10–August 4, 2023. The time period between December 16, 2022, and July 10, 2023, will be excluded from the calculation of time under the Speedy Trial Act.

The clerk is directed to send a copy of this order to all counsel of record.

Entered: November 2, 2022.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge