IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION


UNITED STATES OF AMERICA

v.                                          Criminal Action No. 5:22cr8

GERALD LEONARD DRAKE


In the presence of Donald Pender, my counsel, who has fully explained the

charges contained in the indictment against me, and having received a copy of the

indictment from the United States Attorney before being called upon to plead, I hereby

plead guilty to said indictment   and counts 4 and 5 thereof. I have been advised of the

maximum punishment which may be imposed by the court for this offense. My plea of

guilty is made knowingly and voluntarily and without threat of any kind or without promises

other than those disclosed here in open court.


_____
Signature of Defendant


_____
Date

_____
Witness