pg. 1 of 2                                                                                         July 1, 2023

Your Honour,

    I would like to take this opportunity to offer the court, the community, and especially the victims and their families my sincere apology.

    I know I cannot take back the anxiety, terror and mental anguish that my actions caused. I will live the rest of my life knowing the harm I caused to my fellow citizens. I would like to let everyone know how sorry I am for all the trouble that I caused.

    This was a senseless and dangerous act, I acted with no respect to the law, the interest of others or their safety. I sent letters threatening and scaring people. I also built a bomb that looked very capable of exploding and killing or maiming many innocent people. I was the only one that knew it wasn't functional. (dead battery and no igniter)

    My actions not only caused mental anguish and terror, but could have resulted in many innocent people being injured in the chaos caused by my actions.

    It was in December of 2018 that I came to my senses and realized the enormity of my senseless actions and the effect they were having on the recipients of my letters and the community at large. I have no valid excuse for my behavior and recognize what I did was wrong and unacceptable.

    I accept that my actions caused server stress and anxiety to innocent people, and I am fully responsible for this and accept the full blame for my actions.

    I am very sorry for what I did and promise the court and society that I will do nothing like this ever again.

Pg. 2 of 2

I understand and accept that I deserve punishment for what I've done and the several laws that I've broken. I understand that the court is well within its rights to sentence me to the full 10 years of this plea aggrement, and if that is the case, I will accept that decision.

I can only hope that my apology and the fact that I did recognize the error of my ways and ended this campain of terror on my own, will move the court to offer me some leniency.

Sincerely,

*Gerald L. Drake*
Gerald L. Drake   Age 64


United States vs Gerald L. Drake
Case no. 5:22-CR-08