TO THE HONORABLE ELIZABETH K. DILLON,

THE PURPOSE OF THIS LETTER IS OF A REFERENCE FOR GERALD DRAKE. I HAVE KNOWN GERALD FOR OVER 30 YEARS. WE FIRST MET WHILE PARTICIPATING IN LIVING HISTORIES.

GERALD HAS BEEN A VERY DEAR FRIEND IN ALL THOSE YEARS. HE IS GENERALLY A KIND PERSON. HE HAS BEEN A GREAT FATHER TO HIS SON. HE HAS AT TIMES USED POOR JUDGEMENT. I CANNOT AND WILL NOT APOLOGIZE FOR HIS ACTIONS. I FEEL HE IS PAYING FOR HIS ACTIONS.

HE IS A KIND PERSON. HE IS IN HIS SIXTIES AND IN NOT GOOD HEALTH. I'M AFRAID A LONG SENTENCE WILL BE THE DEATH OF HIM, AND WILL NOT SURVIVE SUCH AN ORDEAL. I DREAD THE THOUGHT THAT HE WILL DIE IN PRISON.

I ASK OF YOU, IF ALL POSSIBLE TO SHOW COMPASSION IN HIS SENTENCE.

RESPECTFULLY, DUANE F. GETZMEYER

Your Honor, Judge Elizabeth K. Dillon,

My name is Darrell Griffiths. I am 84 years old, and I've been married to my wife, Joyce Griffiths for 33 years. I am a friend of Gerald Drake for at least 10 years. He and his wife Donna lived in MD. I first met him when he joined our Civil War reenactment Unit, the 24th N.C. I really did not talk to him much at the events. I would say hello and go on my way. When Gerald moved to Winchester VA, he asked me if I would help them get settled. I said yes. I helped him find a place to rent, get a doctor, and several other things.

After a while Joyce and I became friend with him and his wife Donna. We began to go out for dinner. We would have a nice time and we would talk mostly about history. When Donna, his wife wanted a divorce and to move back home to GA, he gave her want she wanted and helped her relocate. After that we began to do more things together. He was alone.

Here is a list of things we did together, and I got him interested in joining:

1. Gerald has a love of history, mostly Civil War. (I do too). We would talk about it many times. We sometimes would go and visit the sites.
2. We took several Day Trips (My wife Joyce would go too). Gerald would drive. I do not like driving much anymore. One trip was to Walton's Mountain.  We had a great time. For driving I would buy Gerald's dinner.
3. Whenever I needed help around my house he would come and help me. Here are some of the things he helped me with:
    a. Wood Splitting
    b. Put snow fence up.
    c. Helped with house repairs that I could not do by myself.
    d. Helped stack wood on my deck for winter.
4. The biggest thing Gerald helped me with was putting together and typing my book "Slavery in the Coal Regions of Appalachia." He also helped me with research. (I am not good with computers), and he looked up a lot of information. It took us over 2 years to do.
5. I got Gerald to volunteer at Sky Meadows State Park. He received the volunteer of the Year Award one year. I also volunteer there.
6. I got Gerald to help out at Cedar Creek Battlefield for registration for the Reenactment. He helped with other things, like working in the store. I also help out with registration.
7. We would invite Gerald to come to our house during holidays. He was alone and had nowhere to go.

8. When Gerald would go on trips (tour groups) to Ireland, Egypt, Germany, Etc., he would being back pictures and souvenirs. He would show the pictures of the places he toured and give me some souvenirs.
9. When Gerald would come out to the house, he would always bring things for the cats. It would be toys and food. The cats really liked him.

Over time, my son, Gary Griffiths and Gerald would talk. They were friends. But something happened between them, and it turned into hate toward Gerald. I do not know why Gary turned to hate, not just at Gerald but my while family and blocked us all out of his life.

When Gerald's apartment was raided in Oct. 2018, he came over to our house in the night. He sat down and told me what had happened. In talking to me he began to shake and cry and saying, "I never did this." After he calmed down, he began to tell me of his past history. I never knew this before. I asked a few questions. I was really surprised to hear of his past. I did not press him and dropped the subject. He was still very upset. As far as I know he paid his debt.

In conclusion. All of the charges against him I just cannot believe. Here is a man who loves history, mainly Civil War Era. Why would he want to do harm to his love of history and to the public?

Sincerely,
Darrell Griffiths

*Darrell Griffiths*

Your Honor, Judge Elizabeth K. Dillon,

My name is Joyce Griffiths. I am 76 years old. I have been married to my husband, Darrell Griffiths for 33 years. I live in Winchester Virginia. I first met Gerald Drake and his wife Donna Drake when they joined our Civil War Unit, 24th N.C. When they moved to Winchester, Gerald asked my husband for help getting settled. My husband and I at times would get together with Gerald and his wife Donna to have dinner.

After he was divorced from Donna we would invite Gerald over to our house sometimes for dinner and some holidays. He was always nice and friendly to us and would thank us. M times he would bring gifts for our family and pets. When he went on his trips he would bring us souvenirs and would show us pictures from his trip.

When my parents' house had to be sold, he helped us clean out the basement. It was a dirty job, and he never asked for any compensation and was a big help. When my husband would need help around the house, he would come over and help him with things he couldn't do alone. I would make dinner for he and us for helping.

When his apartment was raided in October of 2018, he came over to our house that night and told us what had happened and was shaking and crying and said he never did this.

In conclusion, Gerald was always kind and friendly to me and my husband, Thank you so much for your time.

Sincerely,

Joyce Griffiths

*Joyce Griffiths*