Gerald D. Drake
187 Robertson St.
Mount Clemens MI
48043


To the Honorable Judge Elizabeth K. Dillon

    I am writing this letter on behalf of my father Gerald L. Drake, who has been a loving and helpful father to me my entire life.

    He has always been willing to put forth the effort to come see me even when I didn't have the time or money to visit him, be it when I was in the US Army and he would come down to make sure I wasn't spending the holidays without at least one of my family members, or later when I was in college. He would drive hundreds of miles to make sure we could see each other on a semi-regular basis.

    When I first started college, I was in a very competitive program and my father was never short on encouragement when I was struggling with classes or when I wasn't selected for the final program. After several years of trying when I switched my major, he again was full of encouragement believing in me knowing that I would excel at anything I decided to put my mind to.

    Even as an adult, my father has been a constant aide to me; from emotional support, to teaching me things about home repair, helping me figure out what was actually wrong so that I can get the right parts or get in contact with the right type of repair company, or outright helping me with my projects.

    Every year the weekend before Father's Day here in Michigan they have a free fishing weekend where anyone can go fishing without having to purchase license, even people from out of state. This is something I look forward to every year as it's a time I get to hang out with my dad like we did when I was a kid and he would take me fishing with my grandparents.

    I understand that my father's actions have caused harm, and he is aware of the consequences of his behavior. In the time that he has already spent in custody, he has had the opportunity to reflect on the things that he has done, and the impact that it had on the people around him. I believe that he is genuinely remorseful and is committed to making amends.

    Your Honor, I respectfully request that you consider granting leniency in sentencing, by giving him a sentence of 84 months, and by placing him in a facility that is as close as reasonably possible to Michigan so I can travel to see him without missing too much work.

Thank you for your time and consideration.

*[signature]*

Gerald D. Drake

Gustav1885@Gmail.com

  

Here is a few photos of my dad fishing and the stained glass map that he made for me for my birthday, along with one of the custom lamps that he's made.

 

 

He loves working with all sort of things here is a painting that he did, and some of the many models and dioramas that he has put together.







These are some pictures of a Train set that me and my dad built together, we had a lot of fun building this we did a lot of the work over Christmas break but we spent over a year planning and building all of the different buildings and stuff.












My dad likes touring with groups to meet new people from all over the world. He has gone to all 50 states, and 26 different countries.








My father is a very talented craftsmen as really enjoys his hobbies and making things with his hands. These are some of the projects that he's put together. A leather belt and pouch he made for me, and a fish that he sculpted and painted by hand, and a small ship model that he built in a lightbulb.




