VIRGINIA:

        IN THE CIRCUIT COURT FOR FREDERICK COUNTY

| | |
|---|---|
| GERALD DRAKE,<br>    Petitioner, | )<br>)<br>) |
| v. | )   Case No. CL 21-189 |
| COMMONWEALTH OF VIRGINIA,<br>    Respondent. | )<br>)<br>)<br>) |

## ORDER FOR REMOVAL FROM SEX OFFENDER REGISTRY

THIS MATTER came before the Court on Petitioner GERALD DRAKE's Petition for Removal from Sex Offender Registry;

IT APPEARING TO THE COURT that Mr. Drake was convicted in Auglaize County, Ohio of Sexual Imposition and Child Endangering, both misdemeanors under Ohio law;

That Mr. Drake was required by the Ohio courts to register as a sex offender as a result of his conviction for Sexual Imposition in that state;

That Mr. Drake's conviction for Sexual Imposition is most similar to Virginia's sexual battery in violation of Virginia Code Section 18.2-67.4;

That Mr. Drake's conviction for Sexual Imposition is a Tier I offense in Virginia;

That more than 15 years have passed from the date of Mr. Drake's initial registration and has not been convicted of a violation of Virginia Code Section 18.2-472.1 or any felony;

That Mr. Drake has completed any court-ordered treatment, counseling, and restitution; and

That Mr. Drake no longer poses a risk to public safety;

IT IS HEREBY ORDERED that Petitioner GERALD DRAKE's Petition is GRANTED, and

IT IS HEREBY ORDERED that Petitioner's name and all identifying information be REMOVED from the Sex Offender and Crimes Against Minors Registry, and the Virginia State Police shall remove from the Registry the name and all identifying information from the Sex Offender and Crimes Against Minors Registry.

THIS ORDER IS FINAL.

ENTERED this __30th__ day of __July__, 2021.

_____
Judge, 26th Judicial Circuit of Virginia

*[handwritten left margin: COPY Atty. Ralls (2) / C. Spicer /C.Atty (1) 08/03/21 / VSP/S.O. Registry]*

I Ask for This:

_Meredith M. Ralls_
Meredith M. Ralls, VSB 82548
Robinson Law PLLC
10486 Armstrong St.
Fairfax, VA 22030
703-581-7233
MMR@LawyerUpVirginia.com
Counsel for Petitioner

SEEN and AGREED

_[signature]_
Commonwealth's Attorney's Office
Assistant Commonwealth's Attorney
Frederick County, VA
VSB # 93602

STATE OF VIRGINIA
COUNTY OF FREDERICK TO-WIT:
I Rebecca P. Hogan, Clerk of Frederick County Circuit Court, do hereby certify that the foregoing is a true and correct copy of Order to removal from registry recorded as Instrument # CL21-189
Given under my hand this 7 day of September 2021
Clerk/Deputy Clerk