CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 14 2023

LAURA A. AUSTIN, CLERK
BY: /s/ Deputy Clerk

Nov. 30, 2023

To District Court Clerk of the western of Virginia, Harrisburg

I am working on my case and I would like a copy of my Federal Judgement and commitment and docket sheet.

Thank you,

Criminal case # 5:22 CR-08

Gerald L. Drake



Gerald Drake
25507-510
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
1 DEC 2023 PM 4 L

U.S. District Court
Clerk of Courts
180 West Main St Room 304
Charlottesville, VA 22902-5047