To Clerk of court,

    Enclosed is a pro-se motion that I ask to be filed in my case no!· CR00008-001. Please send a copy of the updated docket sheet in my case as a receipt. Thank you in advance for your help in this matter.

Gerald Drake<br>
FCI Milan<br>
25507-510<br>
PO Box 1000<br>
Milan, MI 48160