UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No 5:22-cr-00008 |
| GERALD LEONARD DRAKE, | |
| Defendant. | |

## NOTICE OF APPEARANCE

Erin Trodden, Assistant Federal Public Defender, hereby notes her appearance as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

Respectfully submitted,

/s/ Erin Trodden
Erin Trodden
Asst. Federal Public Defender
VSB 71515
401 E. Market St., Suite 106
Charlottesville, VA 22902
Tel (434) 220-3396
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Erin Trodden
Erin Trodden