UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

UNITED STATES OF AMERICA

v.  Case No:   5:22-cr-000008

GERALD LEONARD DRAKE

## RESPONSE TO AMENDMENT 821 NOTICE

In light of the limitations imposed by Section 1B1.10(b) of the United States Sentencing Guidelines, the Federal Defender's Office, on behalf of Gerald Leonard Drake, does not dispute the criminal history and guidelines calculation provided by probation in the PSR Addendum filed in this case. ECF 67.

Respectfully submitted,
Gerald Leonard Drake

By Counsel

s/ Erin Trodden
Erin Trodden
Asst. Federal Public Defender
VSB No. 71515
401 E. Market St., Ste.106
Charlottesville, VA 22902
Tel: (434) 220-3396
erin_trodden@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

                                                   s/ Erin Trodden
                                                   Erin Trodden