Case 5:22-cr-00008-EKD-JCH   Document 73   Filed 03/05/24   Page 1 of 1   Pageid#: 298

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

United States of America
v.
Gerald Leonard Drake

Case No: 5:22-cr-000008
USM No: 25507-510

Date of Original Judgment: 08/30/2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Erin Trodden
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/05/2024

/s/ Elizabeth K. Dillon
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Elizabeth K. Dillon, United States District Judge
*Printed name and title*